UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYDNEY BRIDGES,

                                  CASE NO.
                                  1:20-cv-04475-JGK-SLC

                    Plaintiff,         **DISCONTINUANCE WITHOUT PREJUDICE**

-against-

ACRI CAFÉ INC.,
JALEENE WILLIAMS, and
JAMES RODRIGUEZ

                                  ECF Case,

                  Defendant(s).

---

**PURSUANT TO RULE 41(a)(1)(A)(i)** of Federal Rules Of Civil Procedure, Plaintiff, SYDNEY BRIDGES, hereby dismisses without prejudice this action against Defendant(s), ACRI CAFE INC., JALEENE WILLIAMS, and JAMES RODRIGUEZ.

Dated: New York, New York
       February 22, 2021

                                    Respectfully submitted

                        By: _____
                                  Lawrence Spasojevich (LS 1029)