UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYDNEY BRIDGES,

                          Plaintiff,

-against-

ACRI CAFÉ INC.,
JALEENE WILLIAMS, and
JAMES RODRIGUEZ

                          Defendant(s).

CASE NO.
1:20-cv-04475-JGK-SLC

**DISCONTINUANCE WITHOUT PREJUDICE**

ECF Case,

---

**PURSUANT TO RULE 41(a)(1)(A)(i)** of Federal Rules Of Civil Procedure, Plaintiff, SYDNEY BRIDGES, hereby dismisses without prejudice this action against Defendant(s), ACRI CAFE INC., JALEENE WILLIAMS, and JAMES RODRIGUEZ.

Dated: New York, New York
       February 22, 2021

Respectfully submitted

By: _____
Lawrence Spasojevich (LS 1029)

---

SO ORDERED

February 23, 2021
New York, NY

/s/ John G. Koeltl
John G. Koeltl
U.S.D.J.